*William Bard et al.* v. *Sylvester Chamberlin et al.* J. RHOADES, for complainants; N. FORD, for defendants. Motion for a retaxation of costs. The cause stood over with liberty to the complainants to amend their bill upon payment of the costs of the hearing and of such further answers as might be necessary or proper to the amendments. The two defendants, and their wives, who had already put in separate answers to the amended bill, setting up the same defences as to the original bill. And the taxing master allowed the full costs of such new answers.

*Costs of answers to amended bill.*

The chancellor decided that, an answer on oath to the amendments having been waived, there was no necessity for putting in new answers. Nor was it necessary to reiterate

*When a full answer to amended bill unnecessary.*

all the matters of the former answers, or any of them, in a new answer, to entitle either party to take new testimony.

That where an answer on oath to an amended bill is waived, a mere formal answer is all that is necessary; except in cases where new and distinct matters are to be set up as a defence to such bill.

After answering original bill separately defendants cannot answer amendments jointly.

It seems that where several defendants have answered the original bill separately, they have not the right to put in a joint answer to the amendments to such bill subsequently filed. The sum of $90.72 directed to be deducted from the amount of the bill as taxed, and to be refunded to the complainants.

---

**BENJAMIN F. SHERMAN,**

**TAXING & EXCEPTION MASTER,**

**FOR FIRST CIRCUIT,**

*NO. 35 WALL STREET,*

New-York.

---

**LATHROP T. EDDY,**

**EXAMINER IN CHANCERY,**

*NO. 51 LIBERTY STREET,*

New-York.

---

**ALLAN MELVILLE,**

**EXAMINER IN CHANCERY,**

*NO. 10 WALL STREET,*

New-York.

---

☞ The subscriber will at all times give his prompt attention to such counsel business before the Chancellor, including ex parte motions necessary to be heard in vacation, as may be sent to him. It is his intention hereafter to attend the Chancellor's regular and special terms at Albany, and at New-York, as well as the special terms held at this place.

Papers intended to be used at any of the terms held at Albany may be sent to the care of the Register of the Court; and such as relate to motions, &c. in New-York to the care of Messrs. Halliday and Jenkins, 8 Wall-street.

O L. BARBOUR

Saratoga Springs, Aug. 8, 1845.